# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MACKENZIE WRIGHT                                                                                       PLAINTIFF

v.                                              NO: 3:17CV0299 JLH

EDDIE WEEMS                                                                                            DEFENDANT

## ORDER

Plaintiff Mackenzie Wright filed a *pro se* § 1983 complaint alleging that defendant violated the rights of co-plaintiff Javon Gardner. Document #1. On November 6, 2017, the Court ordered Wright to pay the $400 filing fee or file an application to proceed *in forma pauperis* within 30 days. Document # 2. Wright has neither paid the filing fee nor filed a motion to proceed *in forma pauperis*. Accordingly, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 7th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE