IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MACKENZIE WRIGHT                                                           PLAINTIFF

v.                              NO: 3:17CV0299 JLH

EDDIE WEEMS                                                                DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 7th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE